UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. DR-15-CR-01211 (1) AM |
| | ) | |
| PETE PEREZ, | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION TO REOPEN DETENTION HEARING**

Defendant Pete Perez asks the court to reopen his detention hearing, pursuant to 18 U.S.C. § 3142(f).

Mr. Perez has been detained over seven months, and his continued pretrial detention is becoming punitive, in violation of his 5th Amendment Due Process rights. While this case is complex and discovery voluminous, some of the delay is attributable to the Government's presentation the case for indictment before being ready to provide defense counsel with discovery, including taking time to heavily redact police reports, as well as placing (at least until the last status conference in this case) onerous restrictions on defense counsel's ability to view discovery materials.

Among the considerations at the detention hearing is the "weight of the evidence against the person." 18 U.S.C. § 3142(g)(2). Because Mr. Perez' detention hearing was held prior to defense counsel's review of any discovery materials in

this case, that particular factor was not fully developed at the original detention hearing. Roughly 95% of the discovery provided has no discernible connection to Pete Perez, and the materials actually mentioning Mr. Perez do not paint a picture of a person exercising any measurable control over the alleged conspiracy.

In light of this new information, Defendant Pete Perez requests the court grant his motion, and schedule an additional hearing on the matter of his pretrial detention.

                Respectfully submitted,
By:   /s/ Bristol C. Myers
Bristol C. Myers
Texas Bar Number: 24009734
1411 West Avenue, Suite 200
Austin, Texas 78701
512-478-2100
512-478-2107 (fax)
Attorney for Pete Perez

## Certificate of Service

My signature below certifies that on May 20, 2016, this document was filed using the electronic case filing system which provides notice to all parties in this cause.

/s/ Bristol C. Myers
Bristol Myers

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. DR-15-CR-01211 (1) AM |
| | ) |
| **PETE PEREZ,** | ) |
| Defendant. | ) |

### ORDER ON DEFENDANT'S MOTION
### TO REOPEN DETENTION HEARING

Before the court is Defendant Pete Perez' motion to reopen his detention hearing. The Defendant's motion is GRANTED.

IT IS ORDERED that this case is reset for detention hearing at the United States Courthouse, 111 E. Broadway, Del Rio, Texas on _____, 2016 at _____ AM/PM, in the courtroom of the Hon. _____.

SO ORDERED AND SIGNED on _____.

_____
MAGISTRATE/JUDGE